12-302/aga/vj

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE. NO. 12-cv-23240-Altonaga/Simonton

METRO SOUTH SENIOR APARTMENTS
LIMITED PARTNERSHIP, a Florida limited
partnership,

        Plaintiff,

vs.

CITY OF SOUTH MIAMI, a Florida
municipal corporation,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

DATED this 10th day of April, 2014.

Respectfully submitted,

/s/ Lyman Reynolds
LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, Florida 33409
Counsel for Defendant City of South Miami
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
        rlythgoe@rrbpa.com
FBN: 380687

/s/ James Green
JAMES K. GREEN, ESQ.
James K. Green, P.A.
Suite 1650, Esperante
222 Lakeview Ave.
West Palm Beach, FL 33401
Counsel for Plaintiff
Phone: 561-659-2029
Fax: 561-655-1357
EMAIL: jameskgreen@bellsouth.net
       lad444@bellsouth.net
FBN: 229466

/s/ Amy Boulris
AMY BOULRIS, ESQ.
Gunster, Yoakley & Stewart, P.A.
Suite 3400 - One Biscayne Tower
2 S. Biscayne Blvd.
Miami, FL 33131-1987
Counsel for Plaintiff
PHONE: 305-376-6062
FAX: 305-376-6010
EMAIL: aboulris@gunster.com
FBN: 772836