UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23240-ALTONAGA

**METRO SOUTH SENIOR APARTMENTS LIMITED PARTNERSHIP**, a Florida limited partnership,

    Plaintiff,

vs.

**CITY OF SOUTH MIAMI**, a Florida municipal corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on Stipulation of Dismissal with Prejudice [ECF No. 66], filed on April 10, 2014.  Being fully advised, it is

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.  Each party shall bear its own fees and costs.  This case is **CLOSED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of May, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

copies furnished to:
counsel of record